CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYSIDE SHOPPING CENTER LLC, a California Limited Liability Company; MARIA GUADALUPE PERALTA; JORGE CHAVEZ PERALTA; and Does 1-10,<br><br>    Defendants. | **Case:** 5:21-CV-02794-EJD<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Countryside Shopping Center LLC, a California Limited Liability Company, Maria Guadalupe Peralta and Jorge Chavez Peralta; have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 5, 2021          CENTER FOR DISABILITY ACCESS

                                     By:   /s/Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff

1